IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JUAN PATINO ALVAREZ,** | | 2:08-cv-1320 JFM (HC) |
| | Petitioner, | **ORDER** |
| v. | | |
| **KATHY PROSPER, Warden,** | | |
| | Respondent. | |

IT IS HEREBY ORDERED that the time for filing Respondent's response is extended through and including September 3, 2008.

Dated: July 29, 2008.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

/alva1320.ext

Order

1