IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN PATINO ALVAREZ,** | 2:08-cv-1320 JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **KATHY PROSPER, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing Respondent's responsive pleading is extended through and including October 3, 2008.

Dated: September 8, 2008.

UNITED STATES MAGISTRATE JUDGE

/alva1320.ext2

Order

1