IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN PATINO ALVAREZ,

    Petitioner,           No. 2:08-cv-1320-JFM (HC)

    vs.

KATHY PROSPER, Warden,

    Respondent.           <u>ORDER</u>

                             /

        On October 2, 2008, respondent filed a motion to dismiss this action on the ground that it is a mixed petition containing an unexhausted claim of ineffective assistance of counsel. Petitioner has not opposed the motion.

        Pursuant to the notice filed October 6, 2008, petitioner's response to the motion was due on October 27, 2008. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition, if any, or a statement of non-opposition to

the motion to dismiss.  Failure to file either an opposition or a statement of non-opposition to the motion may result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b) for lack of prosecution.

DATED: November 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
alva1320.46osc