IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN PATINO ALVAREZ,

    Petitioner,               No. 2:08-cv-1320 JFM (HC)

    vs.

KATHY PROSPER, Warden,

    Respondent.            ORDER

_____/

        Petitioner has requested an extension of time to file and serve a response to the October 2, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 8, 2008 motion for an extension of time (#18) is granted; and

        2. Petitioner shall file and serve a response to the October 2, 2008 motion to dismiss on or before January 12, 2009. No further extensions of time will be granted.

DATED: December 15, 2008.

                                  UNITED STATES MAGISTRATE JUDGE

/mp;001
alva1320.111