IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN PATINO ALVAREZ,

    Petitioner,                    No. 2:08-cv-1320 JFM (HC)

  vs.

KATHY PROSPER, Warden,

    Respondent.                    ORDER
_____/

    Petitioner, a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, has filed a notice of voluntary dismissal of the instant action.

    Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed. See Fed. R. Civ. P. 41(a)(1)(A)(i); Rule 11, 28 U.S.C. foll. § 2254.

DATED:  July 27, 2009.

UNITED STATES MAGISTRATE JUDGE

12;alva1320.41a

1